No. D–1783. IN RE DISBARMENT OF PASSMAN. David Louis Passman, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requir-

ing him to show cause why he should not be disbarred from the practice of law in this Court.